Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
## for the
## District of
## Division

| | |
|---|---|
| Tricia Webb | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | |
| See attached | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Tricia Webb |
   | Street Address | 203 Capron farm Drive |
   | City and County | Warwick |
   | State and Zip Code | Rhode Island, 02886 |
   | Telephone Number | [redacted] |
   | E-mail Address | Tricialynn718@icloud.com |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Providence School Department
- Job or Title *(if known)*:
- Street Address: 797 Westminster Street
- City and County: Providence
- State and Zip Code: Rhode Island
- Telephone Number: 401-456-9100
- E-mail Address *(if known)*:

Defendant No. 2
- Name: Providence Teacher's Union
- Job or Title *(if known)*:
- Street Address: 99 Corliss Street
- City and County: Providence
- State and Zip Code: Rhode Island
- Telephone Number: 401-421-1014
- E-mail Address *(if known)*: general@proteun.org

Defendant No. 3
- Name: Rhode Island Department of Education
- Job or Title *(if known)*: Teacher Evaluation commitee
- Street Address: 222 Dorrance Street
- City and County: Providence Rhode Island
- State and Zip Code: Providence, RI 02903
- Telephone Number: 401-222-4600
- E-mail Address *(if known)*:

Defendant No. 4
- Name: Dreamland Learning Center
- Job or Title *(if known)*: Early learning center
- Street Address: 1253 Hartford Ave
- City and County: Johnston
- State and Zip Code: RI, 02919
- Telephone Number: 401-280-1400

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S. Code Chapter 13 - Civil Rights
Eqyal pay Act of 1963
Title VII of the Civil Rights Act
The American's with disability Act
14th Ammendment, Equal Protection Clause
42 CFR § 483, Freedom from Abuse
The Rehabilitation Act of 1973

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation
      The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
      Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
   800,00.00

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

The Events occurred at Roger Williams Middle School, Alvarez High School, Delsesto Middle School, Cranston Public Library, Dreamland Learning Center, The Rhode Island Department of Education, Wynman School, Toll Gate School, Providence Teachers Union and the Internet.

B. What date and approximate time did the events giving rise to your claim(s) occur?

These events continue to occur. These events began in 2016 and progressively got worse . The last event occurred in April,2023.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The Providence Schools discriminated against me in my capacity as a teacher. They did this when contractual obligations of a tenured teacher were consistantly and intentioanlly broken in way of removing a teacher from her assignment for discriminatory reasons, verbal harassment, unfair and unethical treatment and abuses at three different public schools. The Providence Schools forced a teacher to sign an unlawful agreement and partake in unlawful medical tests. The Providence Teacher's Union was aware of and partoo in these abuses in way of failure to represent a member. The Rhode Island Department of Education Evaluation Comitee, , when acting under Color of law, used a state Evaluation programm to target, injure and remove a teacher from her position for discrimantory reasons. These actions were consistant and cruel. These actions lead to my eventual resignation, as I could no longer be abused. These actions continue, as these results were placed on my teaching record and though I have requested action as recently as March , 2013, nothing has been done.

Dreamland Learning center bullied and intimidated me in my job as a teacher in their facility. They did this by physically assaulting me, using the internet to intimidate and firing me after I reported abuse to the Rhode Island department of Child and Youth Services.

Warwick Schools failed to respond after a staff member physically assaulted a minor child connected to me as a form of discrimination against me.

I have filed a complaint with the Equal Employment Association. Though I received the letter of right to sue, I chose to continue working after meeting with my employer. When the events continued I filed a civil rights complaint with The United States Department of Education, yet have not been contacted.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## IV.     Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Nothing could repay me for the abuse I have endured at the hands of the Defendents. The damge is immeasurable.

## V.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Ammendment of my teaching record and the removal of the inacurate results of the evaluation.
2. Access to the intelectual property stolen from me.
3. Apology to my child for the unfair and unethical treatment witnessed as he attempted to get an education from the very people assaulting his mother.
3. Five years of salary lostin the amount of 400,000 dollars, as I was a top step teacher and forced to leave my profession after harm to my reputation in the form of written and oral slander was sent to all teachers.
4. The loss of my Pension in the amount of 80,000
5. The pain and suffereing I have endured for the last five years in the amount allowable for the inhumane treatment myself and my family have endured.
6. Monies for property damage for the three vehicle accidents I was involved in as a direct result of being forced to leave school under duress in the amount of 200,000
7. 300,000 for the minor child who was also victim of the discrimination
8. A policy adressing the abuse and targetting of any person in a public school.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/11/2024

Signature of Plaintiff: *Tricia L. Webb*

Printed Name of Plaintiff: Tricia Webb

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address: