**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF RHODE ISLAND**

TRICIA WEBB

       Plaintiff,

  v.                                                  1:24-cv-00021-WES-PAS

PROVIDENCE SCHOOL DEPARTMENT,
ET AL.

       Defendants.

**JUDGMENT**

    This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

    Pursuant to this Court's Memorandum and Order entered on March 13, 2024, and in accordance with Fed. R. Civ. P. 58, judgment is entered dismissing the plaintiff's complaint.

    It is so ordered.

March 13, 2024                    By the Court:

                                         /s/ Hanorah Tyer-Witek
                                         Clerk of Court